UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MYKAYLA FAGNANI, *on behalf of herself and all other persons similarly situated*,

                Plaintiff,

v.

ONLY WHAT YOU NEED, INC.,

                Defendant.

24-CV-6820 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 11, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Although Defendant waived service on December 27, 2024, the parties have still yet to file their joint letter.

The parties shall submit their joint letter no later than March 7, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 26, 2025
            New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge