UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MYKAYLA FAGNANI, *on behalf of herself and all other persons similarly situated*,

                    Plaintiff,

           v.

ONLY WHAT YOU NEED, INC.,

                    Defendant.

---

24-CV-6820 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        The Court has already issued several multiple orders warning the parties about their failure to file submissions pursuant to the Court's orders. *See* Dkt. Nos. 17, 19. On April 2, 2025, the Court ordered the parties to file a joint letter and case management materials one week in advance of the initial conference scheduled for April 17, 2025. The parties failed to timely file those materials. They shall promptly do so no later than 5:00 p.m. on April 14, 2025. Failure to comply with the Court's orders may result in sanctions.

SO ORDERED.

 Dated:      April 11, 2025
             New York, New York

                                    _____
                                    Ronnie Abrams
                                    United States District Judge